IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANGELICA CLARK**, **ELLEN GASS**, **NATHANIEL WEST**, and **ROWAN MAHER**, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>**CHAD WOLF**, Acting Secretary United States Department of Homeland Security; **KENNETH T. CUCCINELLI**, Senior Official Performing the Duties of the Deputy Secretary United States Department of Homeland Security; **GABRIEL RUSSELL,** Regional Director with the Department of Homeland Security's Federal Protective Service; **ALLEN JONES; RUSSEL BURGER; ANDREW SMITH; MARK MORGAN; RICHARD CLINE; JOHN DOE SUPERVISORY DEFENDANTS 1– 60; JOHN DOE PATROL LEVEL DEFENDANTS 61–200**, agents of the U.S. Marshals Service, Federal Protective Service, U.S. Department of Homeland Security and U.S. Customs and Border Protection, acting in concert and in their Individual capacities,<br><br>    Defendants. | Case No. 3:20-cv-01436-IM<br><br>**JUDGMENT** |

Based on the Court's Order or Opinion and Order, ECF 91, **IT IS ADJUDGED** that Plaintiffs' *Bivens* claims against Defendants Wolf and Cuccinelli are DISMISSED for failure to state a claim. This Court finds that there is no just reason to delay entry of final judgment on these claims. Fed. R. Civ. P. 54(b).

DATED this 7th day of July, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – JUDGMENT