# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANGELICA CLARK**, **ELLEN GASS**, **NATHANIEL WEST**, **ROWAN MAHER**, **ROBERT** EVANS, and **GARRISON DAVIS**, individually and on behalf of all similarly situated individuals,<br><br>              Plaintiffs,<br><br>       v.<br><br>**CHAD WOLF**, Acting Secretary United States Department of Homeland Security; **KENNETH T. CUCCINELLI**, Senior Official Performing the Duties of the Deputy Secretary United States Department of Homeland Security; **GABRIEL RUSSELL**; **ALLEN JONES**; **RUSSEL BURGER**; **ANDREW SMITH**; **MARK MORGAN**; **RICHARD CLINE**; **LEONARD ERIC PATTERSON**; **DONALD WASHINGTON**; **DERRICK DRISCOLL**; **JEFF TYLER**; **FPS SUPERVISORY OFFCIERS NOS. 2, 6, 8, 14, 16, 41, 42, and 44**; **ICE SUPERVISORY OFFICER NO. 1**; **USMS SUPERVISORY OFFICERS CD, CG1, and OT1**; **CBP SUPERVISORY OFFICERS NOS. 1, 2, 85, 87, 89, 90, 17, 91, 28, 94, 95, 96, 33, 98, 100–104, 106, 108, 109, 111, 112, 113, 67, 69, 114, 115, 72, 74, 116, 75, 119, 121, and 122**; and **JOHN DOE SUPERVISORY AND PATROL-LEVEL DEFENDANTS 1–140**; | Case No. 3:20-cv-01436-IM<br><br>**JUDGMENT** |

agents of the U.S. Marshals Service, Federal Protective Service, U.S. Department of Homeland Security and U.S. Customs and Border Protection, acting in concert and in their Individual capacities,

    Defendants.

Based on the Court's Opinion and Order, ECF 122, **IT IS ADJUDGED** that Plaintiffs' claims against Defendants Russel Burger, Richard Cline, Allen Jones, Mark Morgan, Gabriel Russell, and Andrew Smith are DISMISSED for failure to state a claim. This Court finds that there is no just reason to delay entry of final judgment on these claims. Fed. R. Civ. P. 54(b).

DATED this 25th day of March, 2022.

                                         /s/ Karin J. Immergut
                                         Karin J. Immergut
                                         United States District Judge

PAGE 2 – JUDGMENT