**David F. Sugerman**, OSB No. 862984
**Nadia H. Dahab**, OSB No. 125630
SUGERMAN DAHAB
707 SW Washington St. Ste. 600
Portland, OR 97205
Tel: 503-228-6474
david@sugermandahab.com
nadia@sugermandahab.com

**David D. Park**, OSB No. 803358
ELLIOTT & PARK, P.C.
0324 S.W. Abernethy Street
Portland, Oregon 97239-4356
Tel: 503-227-1690
dave@elliott-park.com

**Michelle R Burrows**, OSB No. 861606
MICHELLE R. BURROWS P.C.
1333 Orenco Station Parkway # 525
Hillsboro, OR 97124
Tel: 503-241-1955
michelle.r.burrows@gmail.com

**Jane L. Moisan**, OSB No. 181864
PEOPLE'S LAW PROJECT
818 S.W. 4th Ave. #221-3789
Portland, OR 97204
Tel: 971-258-1292
peopleslawproject@gmail.com

*Attorneys for Plaintiffs*
*(Additional counsel listed on signature page.)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ANGELICA CLARK, ELLEN GASS, NATHANIEL WEST, ROWAN MAHER, ROBERT EVANS, and GARRISON DAVIS, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs<br><br>v.<br><br>CHAD WOLF, Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Deputy Secretary United States Department of Homeland Security; GABRIEL RUSSELL; ALLEN JONES; RUSSEL BURGER; ANDREW SMITH; MARK MORGAN; RICHARD CLINE; LEONOARD ERIC PATTERSON; DONALD WASHINGTON; DERRICK | No. 3:20-cv-01436-IM<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

DRISCOLL; JEFF TYLER; FPS SUPERVISORY OFFICERS NOS. 2, 6, 8, 14, 16, 41, 42, and 44; ICE SUPERVISORY OFFICER NO. 1; USMS SUPERVISORY OFFICERS CD, CG1, and OT1; CBP SUPERVISORY OFFICERS NOS. 1, 2, 85, 87, 89, 90, 17, 91, 28, 94, 95,96, 33, 98, 100-104, 106, 108, 109, 111, 112, 113, 67, 69, 114, 115, 72, 74, 116, 75, 119, 121, and 122; and JOHN DOE SUPERVISORY AND PATROL-LEVEL DEFENDANTS 1-140; agents of the U.S. Marshals Service, Federal Protective Service, U.S. Department of Homeland Security and U.S. Customs and Border Protection, acting in concert and in their individual capacities,

Defendants.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that this action is voluntarily dismissed.

2 – PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

DATED this 27th day of June, 2022.

                                                  Respectfully submitted,

| | |
|---|---|
| **Christopher A. Larsen**, OSB No. 910679<br>PICKETT DUMMIGAN MCCALL LLP<br>210 SW Morrison St., 4th Fl.<br>Portland, Oregon 97204<br>Tel: 503-223-7770<br>Fax: 503-227-5350<br>chris@pdm.legal | /s/ Nadia H. Dahab<br>**David F. Sugerman**, OSB No. 862984<br>**Nadia H. Dahab**, OSB No. 125630<br>SUGERMAN DAHAB<br>707 SW Washington St. Ste. 600<br>Portland, Oregon 97205<br>Tel: 503-228-6474<br>david@sugermandahab.com<br>nadia@sugermandahab.com |
| **Gabriel Chase**, OSB No. 142948<br>CHASE LAW, PC<br>621 S.W. Alder St., Ste. 600<br>Portland, OR 97205<br>Tel: 503-294-1414<br>Fax: 503-294-1455<br>gabriel@chaselawpc.net | **David D. Park**, OSB No. 803358<br>ELLIOTT & PARK, P.C.<br>0324 S.W. Abernethy Street<br>Portland, Oregon 97239-4356<br>Tel: 503-227-1690<br>Fax: 503-274-8384<br>dave@elliott-park.com |
| **Michelle R Burrows**, OSB No. 861606<br>MICHELLE R. BURROWS P.C.<br>1333 Orenco Station Parkway # 525<br>Hillsboro, OR 97124<br>Tel: 503-241-1955<br>michelle.r.burrows@gmail.com | **Jane L. Moisan**, OSB No. 181864<br>PEOPLE'S LAW PROJECT<br>818 S.W. 4th Ave. #221-3789<br>Portland, OR 97204<br>Tel: 971-258-1292<br>peopleslawproject@gmail.com |
| **Joe Piucci**, OSB No. 135325<br>PIUCCI LAW LLC<br>900 SW 13th Ave., Ste. 200<br>Portland, OR 97205<br>Tel: 503-228-7385<br>Fax: 503-228-2571<br>joe@piucci.com | |

3 – PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL