FILED

AUG 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGELICA CLARK; et al.,<br><br>        Plaintiffs-Appellants,<br><br>and<br><br>ROBERT EVANS; GARRISON DAVIS,<br><br>        Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Secretary United States Department of Homeland Security; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Deputy Secretary United States Department of Homeland Security,<br><br>        Defendants-Appellees,<br><br>and<br><br>JOHN DOE SUPERVISORY AND PATROL-LEVEL DEFENDANTS, 1-140; et al.,<br><br>        Defendants. | No.   21-35560<br><br>D.C. No. 3:20-cv-01436-IM<br>District of Oregon,<br>Portland<br><br>ORDER |

    Appellants' motion to dismiss this appeal (Docket Entry No. 32) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

Mediation

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator